# Exhibit B

# The Estate of William Kappel, Jr.

## Settlement Statement

| | |
|---|---|
| **Gross Settlement Proceeds to Estate** | **$4,762,500.00** |
| **Attorney's Fees (33 1/3%)** | 1,587,500.00 |
| **Litigation Costs & Expenses** | <u>117,764.00</u> |
| **Net Proceeds to Estate** | $3,057,236.00 |