IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LAURA KAPPEL, individually and as personal representative of the ESTATE OF WILLIAM KAPPEL, JR.; and JACQUELINE ZINK,<br><br>         Plaintiffs,<br><br>vs.<br><br>C&L TRAVEL, INC. d/b/a MYNT; TIMOTHY GREGOWICZ; COAST, LLC d/b/a COAST BAR & GRILL; and THOMAS CADE GARRIS,<br><br>         Defendants. | Case No. 2:19-CV-00498-DCN<br><br>**STIPLULATION OF DISMISSAL WITH PREJUDICE**<br>(ENDING ACTION) |

PLEASE TAKE NOTICE that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs Laura Kappel and Jacqueline Zink, along with defendants C&L Travel, Inc., Timothy Gregowicz., Coast, LLC, and Thomas Cade Garris, have agreed and do hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own costs.

| | |
|---|---|
| WE SO STIPULATE: | WE SO STIPULATE: |
| /s/ D. Charles Dukes | /s/ Trey M. Nicolette |
| D. Charles Dukes (Fed. I.D. # 11751)<br>cdukes@rpwb.com<br>**Rogers, Patrick, Westbrook & Brickman, LLC**<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC 29464<br>T: 843.727.6500<br>F: 843.216.6509<br><br>*Attorneys for Plaintiffs* | Trey M. Nicolette (Fed. I.D. # 11542)<br>tnicolette@clawsonandstaubes.com<br>**Clawson & Staubes, LLC**<br>126 Seven Farms Dr., Suite 200<br>Charleston, South Carolina 29492<br>P: (843) 577-2026<br>F: (843) 722-2867<br><br>*Attorneys for Thomas Garris* |

WE SO STIPULATE:

/s/ Alexander E. Davis
Alexander E. Davis (Fed. I.D. # 11323)
adavis@cskl.law
**Copeland, Stair, Kingma & Lovell, LLP**
40 Calhoun Street, Suite 400
Charleston, SC 29401
P: (843) 266-8203
F: (843) 727-2995

*Attorneys for C&L Travel, Inc.*

I HEREBY STIPULATE:

Timothy Gregowicz
mrgwicz@gmail.com
2287 E. Tulane Road
North Charleston, SC 29406

*Pro se defendant*

WE SO STIPULATE:

/s/ Brandt R. Horton
Brandt R. Horton (Fed. I.D. # 9795)
bhorton@ycrlaw.com
**Clement Rivers, LLP**
25 Calhoun Street, Suite 400
Charleston, SC 29401
P: (843) 720-5459
F: (843) 579-1359

*Attorneys for Coast, LLC*
2

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I caused the foregoing document to be served upon all counsel of record by operation of the Court's electronic filing system (CM/ECF).

/s/ D. Charles Dukes
D. Charles Dukes